NASH • MARSHALL

ATTORNEYS AT LAW

PATRICK F. NASH & BRANDON W. MARSHALL
FOUNDING PARTNERS

NICK NASH, ASSOCIATE
KODY LYNN MORGAN, ASSOCIATE
CHRISTEL S. NASH, OF COUNSEL
NOEL CALDWELL, OF COUNSEL

September 10, 2026

**By ECF and Email**
Merle_chambers@nyed.uscourts.gov
The Honorable Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Aziz, Bazemore, and Santiago 24-CR-00380*

Dear Judge Merle:

On August 11, 2026, the defense filed a joint letter listing all outstanding discovery requests. (DE # 262). On September 1, 2026, the United States filed a response wherein it agreed to comply with some of the discovery requests, objected to some discovery requests and requested further information from the defense before responding to other discovery requests. (DE # 270). The Court has directed the defense to reply on or before September 15, 2026. (Minute Entry dated July 21, 2026).

The defense respectfully requests a 7-day extension for the filing of a joint reply, such that the joint reply may be filed on or before September 22, 2026. There are numerous matters to which the defense needs to reply. Further, the filing of a joint reply necessitates coordination between the several defense attorneys involved. For these reasons, additional time is needed.

The undersigned has consulted with AUSA Gabriel Park and has been informed that the United States has no objection to the requested extension.

Respectfully submitted,

Patrick F. Nash
Attorney for James Bazemore

/s/Matthew Galluzzo
Matthew Galluzzo (w/permission)
Attorney for James Bazemore

/s/James Castle
James Castle (w/permission)
Attorney for Alberto Santiago

/s/Jacob Kaplan
Jacob Kaplan (w/permission)
Attorney for Alberto Santiago

/s/Laura Jensen
Laura Jensen (w/permission)
Attorney for Alberto Santiago

/s/Susan Kellman
Susan Kellman (w/permission)
Attorney for Jamaul Aziz

/s/Ezra Spike
Ezra Spike (w/permission)
Attorney for Jamaul Aziz

/s/Jared Lenow
Jared Lenow (w/permission)
Attorney for Jamaul Aziz